JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH PARRA, an individual; and ARELI CASTILLO, an individual<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF SANTA ANA, a public entity; DOMINICK PADILLA, individually and as a Police Officer; OSCAR LIZARDI, individually and as a Police Officer; and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No.:SACV 11-00855 JVS(RBN)<br><br>**FINAL JUDGMENT ON THE VERDICT FOR DEFENDANTS [F.R.C.P., R. 58]** |

    This action having been tried before the Court sitting with a jury, the Honorable James V. Selna, United States District Court Judge presiding, and the issues having been duly tried, on September 6, 2012, the jury rendered its verdict finding for Defendants, CITY OF SANTA ANA, DOMINICK PADILLA, and OSCAR LIZARDI, on all counts, and against Plaintiff JEREMIAH PARRA.

/ / /

1       IT IS ORDERED AND ADJUDICATED that Plaintiff JEREMIAH PARRA
2 take nothing and that the action be dismissed in its entirety on the merits.

3
4
5 Dated: September 20, 2012       _____
                                            JAMES V. SELNA
6                                             United States District Court Judge